In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00555-CV

_____


IN THE ESTATE OF TOM RICHARD DOYLE SR.


On Appeal from the County Court at Law
Liberty County, Texas
Trial Cause No. 11853


**MEMORANDUM OPINION**

The appellant, Tom Richard Doyle Jr., filed a motion to dismiss this appeal.

The motion is voluntarily made by the appellant prior to any decision of this Court.

*See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the

motion and dismiss the appeal.

APPEAL DISMISSED.


_____
CHARLES KREGER
Justice

Submitted on April 15, 2015
Opinion Delivered April 16, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.